446 A.2d 683

Commonwealth v. Tucker, Appellant.

Submitted March 24, 1981. John J. Moran, II, Assistant Public Defender, for appellant; Richard H. Horn, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and LIPEZ, JJ.

The judgment of sentence of the lower court is affirmed.

446 A.2d 683

Commonwealth v. Weaver, Appellant.

Submitted March 21, 1980. Daniel McGee, Assistant Public Defender, for appellant; David E. Grine, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

The judgment of sentence entered on July 5, 1979 is affirmed on the comprehensive opinion of the Honorable Richard M. Sharp.

446 A.2d 684

Commonwealth v. Weaver, Appellant.

Petition for Allowance of Appeal Denied Sept. 9, 1982.

Argued March 2, 1982. Mary Bell Hammerman, for appellant; Gail Thackery, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.

446 A.2d 684

Commonwealth v. Zazo, Appellant.
Petition for Allowance of Appeal Denied Sept. 17, 1982.

Submitted November 4, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

The judgment of sentence is affirmed.

446 A.2d 684

Handler et al., Appellants v. Abrams et al.
Appeal of Edna Abrams.